AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Nathan, Alison J. | **2. Court or Organization**<br><br>U.S. District Court, Southern District of New York | **3. Date of Report**<br><br>11/24/2015 |
| **4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)**<br><br>U.S. District Judge - Active Status | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2014<br>to<br>12/31/2014 |
| **7. Chambers or Office Address**<br><br>U.S. Courthouse<br>40 Foley Square<br>New York, NY 10007 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 11/24/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | 2014 | ▓▓▓▓▓▓▓▓ |
| 3. | 2014 | West Publishing - Book royalties |
| 4. | 2014 | Taylor and Francis Publishing - Book Royalties |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Bar Council | 2/8/2014 to 2/15/2014 | Liberia, Costa Rica | Participate in educational conference panel and attend other panels | Transportation, hotel, meals (self and spouse) |
| 2. | Harvard Law School | 3/31/2014 to 4/1/2014 | Cambridge, MA | Moot court | Transportation, hotel, meals |
| 3. | University of Washington School of Law | 5/19/2014 to 5/20/2014 | Seattle, WA | Teaching for Jurist in Residence Program | Transportation, meals |
| 4. | Federal Bar Council | 10/24/2014 to 10/26/2014 | Pocono Manor, PA | Participate in educational conference panel and attend other panels | Transportation, hotel, meals (self and spouse) |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Sallie Mae | Student Loans | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 11/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Aberdeen Emerging Markets Fund ABEMX | A | Dividend | | | Sold | 01/24/14 | J | B | |
| 2. American Century Diversified Bond Fund, ADFX (Y) | | | | | | | | | |
| 3. American Century Short, APOIX (Y) | | | | | | | | | |
| 4. Blackrock Global Long Short Credit Fund BGCIX | A | Dividend | J | T | Buy (add'l) | 10/24/14 | J | | |
| 5. | | | | | Sold (part) | 06/06/14 | J | A | |
| 6. | | | | | Sold (part) | 02/13/14 | J | A | |
| 7. | | | | | Sold (part) | 09/22/14 | J | A | |
| 8. Delaware National High Yield Muni Bond DVHIX (X) | A | Dividend | J | T | Buy (add'l) | 02/13/14 | J | | |
| 9. Eaton Vance Fund EIBLX (X) | A | Dividend | J | T | Sold (part) | 02/12/14 | J | C | |
| 10. | | | | | Sold (part) | 06/05/14 | J | C | |
| 11. Eaton Vance floating, EIFAX (Y) | | | | | | | | | |
| 12. Fidelity Advisor Biotechnology Fund FBTIX | A | Dividend | J | T | Buy (add'l) | 06/06/14 | J | | |
| 13. | | | | | Sold (part) | 09/22/14 | J | A | |
| 14. | | | | | Sold (part) | 02/13/14 | J | A | |
| 15. Fidelity Advisor Industrials Fund FCLIX | A | Dividend | J | T | Buy (add'l) | 09/22/14 | J | | |
| 16. | A | Dividend | J | T | Buy (add'l) | 02/13/14 | J | | |
| 17. | A | Dividend | J | T | Sold (part) | 02/13/14 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 11/24/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Advisor Materials Fund FMFEX | A | Dividend | J | T | Sold (part) | 02/13/14 | J | A | |
| 19. | A | Dividend | J | T | Sold (part) | 02/13/14 | J | A | |
| 20. Fiduciary/Clay MLP Opp FMO | A | Dividend | J | T | Buy (add'l) | 10/28/14 | J | | |
| 21. | | | | | Buy (add'l) | 02/12/14 | J | | |
| 22. | | | | | Buy (add'l) | 09/19/14 | J | | |
| 23. Franklin Intl small Cap FKSCX | A | Dividend | J | T | Buy | 02/12/14 | J | | |
| 24. Franklin Mutual Global Discovery Z MDISX | A | Dividend | J | T | Buy (add'l) | 09/22/14 | J | | |
| 25. | | | | | Buy | 06/05/14 | J | | |
| 26. Invesco Balanced Risk ABRYX (Y) | | | | | | | | | |
| 27. Ishares US Consumer Goods EFT IYK | A | Dividend | J | T | Buy | 02/12/14 | J | | |
| 28. | | | | | Sold (part) | 09/19/14 | J | C | |
| 29. Ivy Science and Technology Fund ISTIX | A | Dividend | J | T | Buy (add'l) | 09/19/14 | J | | |
| 30. | | | | | Buy | 02/12/14 | J | | |
| 31. Kayne Anderson MLP KYN | A | Dividend | J | T | Buy (add'l) | 02/12/14 | J | | |
| 32. Loomis Sayles Strategic NEZYK | A | Dividend | J | T | Buy | 10/23/14 | J | | |
| 33. Lord Abbott Short, LDLFX | A | Dividend | J | T | Buy (add'l) | 10/24/14 | J | | |
| 34. | | | | | Buy (add'l) | 09/19/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 11/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 02/13/14 | J | A | |
| 36. | | | | | Sold (part) | 10/24/14 | J | A | |
| 37. Lord Abbott Intermediate LISFX (X) | A | Dividend | J | T | Sold (part) | 10/24/14 | J | A | |
| 38. | | | | | Buy (add'l) | 09/19/14 | J | | |
| 39. | | | | | Buy (add'l) | 02/12/14 | J | | |
| 40. Mainstay High Yield, MYHIX | A | Dividend | J | T | Buy (add'l) | 02/13/14 | J | | |
| 41. | | | | | Buy (add'l) | 09/19/14 | J | | |
| 42. | | | | | Buy (add'l) | 10/23/14 | J | | |
| 43. | | | | | Sold (part) | 08/01/14 | J | D | |
| 44. Mainstay Marketfield, MFLDX | A | Dividend | | | Sold (part) | 02/13/14 | J | A | |
| 45. | | | | | Buy (add'l) | 01/27/14 | J | | |
| 46. | | | | | Sold (part) | 09/19/14 | J | B | |
| 47. | | | | | Buy (add'l) | 06/06/14 | J | | |
| 48. | | | | | Sold | 10/15/14 | J | D | |
| 49. Metropolitan West Total MWTIX | A | Dividend | J | T | Buy | 10/27/14 | J | | |
| 50. MFS Muni Limited, MTLIX | A | Dividend | J | T | Buy (add'l) | 02/13/14 | J | | |
| 51. MFS Utilities FD CL 1, MMUIX (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 11/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Neuberger Berman Absol Rtrn Multi Mgr Fd NABIX | A | Dividend | J | T | Sold (part) | 02/13/14 | J | A | |
| 53. | | | | | Buy (add'l) | 10/24/14 | J | | |
| 54. | | | | | Buy (add'l) | 01/27/14 | J | | |
| 55. | | | | | Buy (add'l) | 09/22/14 | J | | |
| 56. Neuberger Berman Multi Cap Opp fund NMULX | A | Dividend | J | T | Buy (add'l) | 09/22/14 | J | | |
| 57. | | | | | Sold (part) | 02/12/14 | J | C | |
| 58. Neuberger Berman Strategy NSTLX (Y) | | | | | | | | | |
| 59. Nuveen Global, FGIYX | A | Dividend | J | T | Buy (add'l) | 02/13/14 | J | | |
| 60. | | | | | Sold (part) | 09/22/14 | J | A | |
| 61. | | | | | Sold (part) | 06/06/14 | J | A | |
| 62. Pimco All Asset All Authority, PAUPX | A | Dividend | | | Sold | 02/13/14 | J | C | |
| 63. | | | | | Sold (part) | 01/27/14 | J | C | |
| 64. Pimco Fundamental Indexplus PIXPX | A | Dividend | J | T | Buy | 09/19/14 | J | | |
| 65. | | | | | Buy (add'l) | 10/23/14 | J | | |
| 66. | | | | | Sold (part) | 10/15/14 | J | B | |
| 67. Pimco Global Multi PGAPX (Y) | | | | | | | | | |
| 68. Powershares DYN Oil and Gas PXJ (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 11/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Principal Funds POSPX | A | Dividend | J | T | Buy | 10/23/14 | J | | |
| 70. Robesco BP Long Short Research BPIRX (Y) | | | | | | | | | |
| 71. Robeco BP Long Short, BPLSX | A | Dividend | J | T | Buy (add'l) | 02/13/14 | J | | |
| 72. | | | | | Buy (add'l) | 09/22/14 | J | | |
| 73. | | | | | Buy (add'l) | 10/24/14 | J | | |
| 74. | | | | | Sold (part) | 06/06/14 | J | A | |
| 75. | | | | | Sold (part) | 12/19/14 | J | B | |
| 76. | | | | | | | | | |
| 77. RS Floating Rate Fund, RSFYX | A | Dividend | | | Sold (part) | 02/13/14 | J | C | |
| 78. | | | | | Sold | 10/23/14 | J | B | |
| 79. RS Global Natural, RSNYX (Y) | | | | | | | | | |
| 80. SPDR KBW Regional Banking EFT KRE (Y) | | | | | | | | | |
| 81. SPDR® S&P 500 ETF SPY | A | Dividend | J | T | Buy | 12/30/14 | J | | |
| 82. SunAmerica Focused Dividend Strategy FDSWX | A | Dividend | J | T | Buy (add'l) | 02/13/14 | J | | |
| 83. | | | | | Sold (part) | 09/22/14 | J | B | |
| 84. Sunamerica Focused FDSAX (Y) | | | | | | | | | |
| 85. T Rowe Price Capital Appreciation Fd Retail PRWCX | A | Dividend | J | T | Sold (part) | 02/13/14 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 11/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Templeton Frontier FFRZX | A | Dividend | | | Sold | 12/26/14 | J | B | |
| 87. Templeton Glbl Bond Fund, TGBAX | A | Dividend | J | T | Buy (add'l) | 02/13/14 | J | | |
| 88. | | | | | Sold (part) | 09/19/14 | J | B | |
| 89. | | | | | Sold (part) | 10/23/14 | J | B | |
| 90. The Oakmark Intl Fund OAKIX | A | Dividend | J | T | Buy (add'l) | 02/13/14 | J | | |
| 91. | | | | | Buy (add'l) | 09/22/14 | J | | |
| 92. | | | | | Buy (add'l) | 10/24/14 | J | | |
| 93. | | | | | Sold (part) | 10/27/14 | J | C | |
| 94. The Oakmark Select Fund OAKLX | A | Dividend | J | T | Buy | 10/24/14 | J | | |
| 95. Touchstone Sands Capital Select Growth Fund CFSIX | A | Dividend | J | T | Buy (add'l) | 06/06/14 | J | | |
| 96. | | | | | Sold (part) | 10/24/14 | J | C | |
| 97. | | | | | Buy (add'l) | 12/15/14 | J | | |
| 98. Vanguard Energy ETF VDE (Y) | | | | | | | | | |
| 99. Wells Fargo Absolute Return Fd WARDX | A | Dividend | J | T | Buy (add'l) | 10/24/14 | J | | |
| 100. | | | | | Sold (part) | 09/19/14 | J | B | |
| 101. Yacktman Fund CL Service, YACKX | A | Dividend | J | T | Sold (part) | 10/24/14 | J | A | |
| 102. | | | | | Buy (add'l) | 02/12/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 11/24/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Apple Inc Stock, AAPL | A | Dividend | K | T | | | | | |
| 104. Powershares Water Resources FD, PHO (Y) | | | | | | | | | |
| 105. Emigrant Direct Savings Account | A | Interest | K | T | | | | | |
| 106. Bank of America Checking Account | A | Interest | K | T | | | | | |
| 107. Chase Checking Account | A | Interest | J | T | | | | | |
| 108. TD Ameritrade Cash Account | A | Interest | K | T | | | | | |
| 109. Vanguard FTSE Social Index | A | Dividend | L | T | Sold (part) | 10/01/14 | N | A | |
| 110. Vanguard Target Retirement 2040 | D | Dividend | N | T | Buy (add'l) | 10/01/14 | M | | |
| 111. Vanguard Target Retirement 2020 | C | Dividend | M | T | Buy (add'l) | 10/01/14 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 11/24/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Alison J. Nathan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544